27093.   DEAN v. CALDWELL.

NICHOLS, Justice. 1. Where, as in this case, the evidence adduced at the habeas corpus hearing authorized a finding that the prisoner was fully advised as to his rights, was represented by competent counsel, and voluntarily and intelligently entered a plea of guilty, the judgment remanding the prisoner to custody was not error. Compare *Mack v. Youmans,* 228 Ga. 223 (184 SE2d 648); *Laidler v. Smith,* 227 Ga. 759 (182 SE2d 891); *Purvis v. Connell,* 227 Ga. 764 (182 SE2d 892).
2. The fact that a specially employed prosecuting attorney had previously represented the defendant in an unrelated matter is not a ground for a writ of habeas corpus.
         *Judgment affirmed. All the Justices concur.*
SUBMITTED MARCH 13, 1972—DECIDED APRIL 6, 1972.

Willie Dean, *pro se.*